**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000009
09-APR-2021
09:02 AM
Dkt. 69 OAWST**

NO. CAAP-20-0000009

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JAY R. DELA PINA, Claimant-Cross Appellant/Appellant, v.
HILO MEDICAL CENTER, HAWAII HEALTH SYSTEMS CORP.,
Employer, Self Insured-Appellant/Appellee, and
ACCLAMATION INSURANCE MANAGEMENT SERVICES, Third-Party
Administrator-Appellant/Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2017-37(H); DCD NO. 1-08-10191)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of the Stipulation to Dismiss with Prejudice Pursuant to Rule 42(b) HRAP (Stipulation to Dismiss Appeal), filed February 17, 2021, by Claimant-Cross Appellant/Appellant Jay R. Dela Pina, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; and (3) the Stipulation to Dismiss Appeal is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation to Dismiss Appeal is approved, and the appeal is dismissed with

prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, April 9, 2021.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge